**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by Kenneth N. Hammer, Trade Pacific PLLC
(Name of attorney of record)
on behalf of Nirsa S.A. and Procesadora Posorja Proposorja S.A. in the matter of Nirsa S.A. and Procesadora Posorja Proposorja S.A. v. United States, Court No. 26-03897.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

The parent company of both Nirsa S.A. and Procesadora Posorja Proposorja S.A. is Corporacion Real Corprealsa S.A., which is not a publicly-owned company.

Neither Nirsa S.A. nor Procesadora Posorja Proposorja S.A. owns any publicly-owned companies. No publicly-held company has a 10% or greater ownership interest in either company.

Neither company has any publicly-owned affiliate.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.

Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not applicable.

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable.

/s/ Kenneth N. Hammer
Signature of Attorney

September 4, 2026
Date

Trade Pacific PLLC
Firm

700 Pennsylvania Ave., SE, Suite 500
Street Address

Washington, DC 20003
City, State and Zip Code

(202) 223 - 3760
Telephone Number

khammer@tradepacificlaw.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)