FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Nirsa S.A. and Procesadora Posorja Proposorja S.A.,<br>Plaintiff,<br>v.<br>United States,<br>Defendant. | Court No. 26-03897 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs, Nirsa S.A. and Procesadora Posorja Proposorja S.A., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Kenneth N. Hammer.

Date: September 4, 2026

/s/ Jarrod M. Goldfeder
Signature

Jarrod M. Goldfeder
Attorney

Trade Pacific PLLC
Firm

700 Pennsylvania Ave., SE, Suite 500
Street Address

Washington, DC 20003
City, State and Zip Code

(202) 223-3760
Telephone Number

jgoldfeder@tradepacificlaw.com
E-mail Address