FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Nirsa S.A. and Procesadora Posorja Proposorja S.A.,<br>Plaintiff,<br>v.<br>United States,<br>Defendant. | Court No. 26-03897 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs , Nirsa S.A. and Procesadora Posorja Proposorja S.A., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Kenneth N. Hammer.

Date: September 4, 2026

/s/ Warren E. Connelly
Signature

Warren E. Connelly
Attorney

Trade Pacific PLLC
Firm

700 Pennsylvania Ave., SE, Suite 500
Street Address

Washington, DC 20003
City, State and Zip Code

(202) 223-3760
Telephone Number

wconnelly@tradepacificlaw.com
E-mail Address