**UNITED STATES COURT OF INTERNATIONAL TRADE**

***Nirsa S.A. and Procesadora Posorja Proposorja S.A., v. United States***
**Court No. 26-03897**

**CERTIFICATE OF SERVICE**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, Kenneth N. Hammer, hereby certify that on this 4th day of September, 2026, copies of the foregoing (1) Summons; (2) Form 5 Information Statement; (3) Form 11 Notice of Appearance; (4) Form 13 Disclosures of Corporate Affiliations and Financial Interest; and (5) Form 17 Business Proprietary Information Certifications, were served by certified mail, return receipt requested, on the following parties:

**On behalf of The United States of America:**

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch – Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC 20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

**On other counsel that represented interested parties before the U.S. Department of Commerce in the contested determination:**

Roger B. Schagrin
SCHAGRIN ASSOCIATES
900 7th Street, NW, Suite 500
Washington, DC 20001
Email: service@schagrinassociates.com

Nathaniel Rickard
PICARD KENTZ & ROWE LLP
1155 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Email: nrickard@pkrllp.com

/s/ Kenneth N. Hammer
Kenneth N. Hammer
TRADE PACIFIC PLLC