FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| NIRSA S.A. and PROCESADORA POSORJA PROPOSORJA, S.A.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 26-03897 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor , Ad Hoc Shrimp Trade Action Committee , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Nathaniel Maandig Rickard.

Date: Oct. 14, 2026

/s/ Nathaniel Maandig Rickard
Signature

Nathaniel Maandig Rickard
Attorney

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave. NW - Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 331-5040
Telephone Number

nrickard@pkrllp.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| NIRSA S.A. and PROCESADORA POSORJA PROPOSORJA, S.A.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 26-03897 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor , Ad Hoc Shrimp Trade Action Committee, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Nathaniel Maandig Rickard.

Date: Oct. 14, 2026

/s/ Sophia J.C. Lin
Signature
Sophia J.C. Lin
Attorney
Picard Kentz & Rowe LLP
Firm
1155 Connecticut Ave. NW - Suite 700
Street Address
Washington, DC 20036
City, State and Zip Code
(202) 695-7624
Telephone Number
slin@pkrllp.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| NIRSA S.A. and PROCESADORA POSORJA PROPOSORJA, S.A.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 26-03897 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor , Ad Hoc Shrimp Trade Action Committee, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Nathaniel Maandig Rickard.

Date: Oct. 14, 2026

/s/ Zachary J. Walker
Signature

Zachary J. Walker
Attorney

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave. NW - Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 888-0595
Telephone Number

zwalker@pkrllp.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| NIRSA S.A. and PROCESADORA POSORJA PROPOSORJA, S.A.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 26-03897 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor , Ad Hoc Shrimp Trade Action Committee, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Nathaniel Maandig Rickard.

Date: Oct. 14, 2026

/s/ Caitlyn Quinn
Signature

Caitlyn Quinn
Attorney

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave. NW - Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 969-0092
Telephone Number

cquinn@pkrllp.com
E-mail Address