**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by Nathaniel Maandig Rickard
(Name of attorney of record)
on behalf of Ad Hoc Shrimp Trade Action Committee in the matter of Nirsa S.A. and Procesadora Posorja Proposorja, S.A. v. United States, Court No. 26-03897.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Not applicable.

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest. If not, identify below the real party in interest.

Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

The Ad Hoc Shrimp Trade Action Committee is a trade association, but each member is a privately-owned company or a non-profit organization (see attached addendum).

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable.

/s/Nathaniel Maandig Rickard
Signature of Attorney

October 14, 2026
Date

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave. NW - Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 331-5040
Telephone Number

nrickard@pkrllp.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

# Addendum to Form 13

Contact information about proposed Defendant-Intervenor as well as the individual Members of the Ad Hoc Shrimp Trade Action Committee are listed below:

**Ad Hoc Shrimp Trade Action Committee (AHSTAC):**
Post Office Box 1577
Tarpon Springs, FL 34688

**Members:**

**Nancy Edens**
P.O. Box 993
Sneads Ferry, NC 28460

**Trico Shrimp Company, Inc.**
Chris Gala
P.O. Box 6189
Fort Myers Beach, FL 33932

**Tarvin Seafood, Inc.**
Taylor Tarvin
337 See Wee Circle
Mt. Pleasant, SC 29464

**Bosarge Boats, Inc.**
O. Steven Bosarge
705 Washington Avenue
Pascagoula, MS 39567

**Wait-N-Sea dba Anchored Shrimp Company**
John Wallace
P.O. Box 88
Meridian, GA 31319

**Big Grapes Inc.**
James Blanchard
3389 Caleb Drive
Houma, LA 70360

**Versaggi Shrimp Corp.**
Sal Versaggi
P.O. Box 5777
Tampa, FL 33675

**Craig Wallis**
889 CR 305
Palacios, TX 77465

**Southern Shrimp Alliance**
Blake Price (Director)
9400 River Crossing Blvd.
Unit 104
New Port Richey, FL 34655
T: (727) 934-5090

*NOTE:* Of AHSTAC's members, all but the Southern Shrimp Alliance is a manufacturer or producer of the domestic like product as defined by 19 U.S.C. § 1677(9)(C). Accordingly, the majority of the members of AHSTAC are members who are interested parties described in subparagraph (C), and AHSTAC is an association described in subparagraph (F).