Form 17-1

**FORM 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NIRSA S.A. and PROCESADORA POSORJA PROPOSORJA, S.A.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 26-03897 |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Nathaniel Maandig Rickard certifies that

1. I am

☑ an attorney at the law firm of Picard Kentz & Rowe LLP; or an attorney in the corporate legal department of ______________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ____________________________________.

2. I represent, or am retained by or on behalf of

☐ a party to this action,

☑ an interested party that has filed a motion to intervene in this action, which is identified below:
Ad Hoc Shrimp Trade Action Committee.

3. I was

☑ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☒ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Nathaniel Maandig Rickard
Signature

Nathaniel Maandig Rickard
Attorney or Consultant

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave. NW -- Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 331-5040
Telephone Number

nrickard@pkrllp.com
E-mail Address

Date: Oct. 14, 2026

Form 17-1

**FORM 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NIRSA S.A. and PROCESADORA POSORJA PROPOSORJA, S.A.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 26-03897 |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Sophia J.C. Lin ________________ certifies that

1. I am

☑ an attorney at the law firm of Picard Kentz & Rowe LLP ____________; or an attorney in the corporate legal department of ________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ______________________________.

2. I represent, or am retained by or on behalf of

☐ a party to this action,

☑ an interested party that has filed a motion to intervene in this action, which is identified below:
Ad Hoc Shrimp Trade Action Committee ______________________________.

3. I was

☑ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☒ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Sophia J.C. Lin
Signature

Sophia J.C. Lin
Attorney or Consultant

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave. NW -- Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 695-7624
Telephone Number

slin@pkrllp.com
E-mail Address

Date: Oct. 14, 2026

Form 17-1

**FORM 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NIRSA S.A. and PROCESADORA POSORJA PROPOSORJA, S.A.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 26-03897 |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Zachary J. Walker certifies that

1. I am

☑ an attorney at the law firm of Picard Kentz & Rowe LLP; or an attorney in the corporate legal department of ________________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ____________________________________.

2. I represent, or am retained by or on behalf of

☐ a party to this action,

☑ an interested party that has filed a motion to intervene in this action, which is identified below:
Ad Hoc Shrimp Trade Action Committee.

3. I was

☑ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☒ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Zachary J. Walker
Signature

Zachary J. Walker
Attorney or Consultant

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave. NW -- Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 888-0595
Telephone Number

zwalker@pkrllp.com
E-mail Address

Date: Oct. 14, 2026

Form 17-1

**FORM 17**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| NIRSA S.A. and PROCESADORA POSORJA PROPOSORJA, S.A.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 26-03897 |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Caitlyn Quinn ______________________ certifies that

1. I am

☑ an attorney at the law firm of Picard Kentz & Rowe LLP ; or an attorney in the corporate legal department of ______________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ______________________.

2. I represent, or am retained by or on behalf of

☐ a party to this action,

☑ an interested party that has filed a motion to intervene in this action, which is identified below:
Ad Hoc Shrimp Trade Action Committee.

3. I was

☑ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☒ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Caitlyn Quinn
Signature

Caitlyn Quinn
Attorney or Consultant

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave. NW -- Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 969-0092
Telephone Number

cquinn@pkrllp.com
E-mail Address

Date: Oct. 14, 2026