**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| NIRSA S.A. and PROCESADORA POSORJA PROPOSORJA, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | **Court No. 26-03897** |

**LIST OF AMENDMENTS IN AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) and Administrative Order 02-01, Paragraph 4(d)(i), Plaintiffs, Nirsa S.A. and Procesadora Posorja Proposorja, S.A. ("Proposorja") (collectively, "Nirsa" or "Plaintiffs"), by and through their counsel, list the following amendments to the Complaint, ECF No. 8, which are reflected in the Amended Complaint, ECF No. 19:

(1) The title is changed from "Complaint" to "Amended Complaint";

(2) Paragraph (1) is amended to remove the reference to Section 516A(a)(2) of the Tariff Act of 1930, as amended (codified at 19 U.S.C. § 1516a(a)(2));

(3) Paragraph (4) is amended to state that the Court has subject matter jurisdiction over this action under 28 U.S.C. § 1581(i);

(4) Paragraph (5) is added to state the reasons that the Court lacks subject matter jurisdiction over the action pursuant to 28 U.S.C.§ 1581(c);

(5) Paragraph (6) is added to further state the reasons that the Court lacks subject matter jurisdiction over the action pursuant to 28 U.S.C.§ 1581(c);

(6) Paragraph (6) is added to assert that the Court has subject matter jurisdiction under 28 U.S.C. § 1581(i)(1)(d) because it lacks subject matter jurisdiction over the action pursuant to 28 U.S.C.§ 1581(c);

(7) Paragraph (5), which is now paragraph (8), is amended to describe the basis for Plaintiffs' standing to bring the action pursuant to 28 U.S.C. § 2631(i), rather than pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c);

(8) Paragraph (6), which is now paragraph (9), is amended to state the facts supporting that the action is timely brought based on when the cause of action accrued pursuant to 28 U.S.C. § 2631(i) rather than pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and USCIT Rules 3(a)(2) and 6(a).

(9) Paragraph (7), which is now paragraph (10), is amended to assert the standard of review of actions seeking review pursuant to 28 U.S.C. § 1581(i) rather than the standard of review of actions reviewing agency determinations reviewable under 19 U.S.C. § 1675(a)(2)(B);

(10) The numbering of each subsequent paragraph is amended to reflect sequential numbering based on the amendments described above;

(11) Paragraph (22), which is now paragraph (25), is amended to incorporate by reference the preceding paragraphs, which have changed numbering, as described in amendment number 10 above; and

(12) Paragraph (25), which is now paragraph (28), is amended to incorporate by reference the preceding paragraphs, which have changed numbering, as described in amendment number 10 above.

Respectfully submitted,

/s/ Kenneth N. Hammer
Jarrod M. Goldfeder
Warren E. Connelly
Kenneth N. Hammer

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
Tel: (202) 223-3760
khammer@tradepacificlaw.com

*Counsel to Plaintiffs Nirsa S.A. and Procesadora Posorja Proposorja S.A.*

Dated: October 28, 2026